UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-89-CLC-SKL |
| | ) | |
| $23,201.25 in United States Currency, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

Plaintiff United States of America seeks a default judgment and final order of forfeiture in the amount of $23,201.25 (the "Defendant Property") [Doc. 24].[1] On May 15, 2014, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk entered default against Ishaan Al-Amin ("Al-Amin") for his failure to timely file a claim as provided by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure for the Defendant Property [Doc. 23]. Plaintiff's motion for a default judgment and final order of forfeiture was filed May 22, 2014. On May 27, 2014, Al-Amin filed a letter in response to the motion for default judgment [Doc. 25] which the Court construed as a motion for an extension of time to respond to the motion for default judgment. An Order was entered on September 12, 2014 ordering Al-Amin to file his response to the motion for default judgment on or before **OCTOBER 10, 2014** [Doc. 27]. The Order was sent to Al-Amin both by mail and email at the addresses provided. As of October 16, 2014, no response to the motion for default judgment has been received by the Court.

It is therefore **ORDERED** that within **10** days of the entry of this order Al-Amin shall file

---

[1] On September 8, 2014, this matter was referred to the undersigned**Error! Main Document Only.** pursuant to 28 U.S.C. 636(b)(1)(B) and (C) [Doc. 26].

a response to show cause why he did not respond to the motion for default judgment on or before **OCTOBER 10, 2014** and why a default judgment should not be entered against him. Al-Amin is put on notice that his failure to show cause may result in an entry of an award of default judgment in favor of Plaintiff in this matter.

The Clerk is **DIRECTED** to both mail and email this order to Al-Amin at the addresses provided in his letter [Doc. 25].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE