UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-89-CLC-SKL |
| v. ) | |
| ) | Judge Curtis Collier |
| $23,201.25 in United States Currency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT ORDER

Plaintiff United States of America filed a motion for default judgment and final order of forfeiture in the amount of $23,201.25 (the "Defendant Property") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure (Court File No. 24). The Court referred the matter to Magistrate Judge Susan K. Lee to determine the amount of damages pursuant to 28 U.S.C. 636(b)(1)(B) and (C) (Court File No. 26). No timely claim has been filed against the Defendant Property. The magistrate judge issued a Report and Recommendation (R&R) recommending that a default judgment be entered in favor of the government against the Defendant Property, in the amount of $23,201.25 (Court File No. 34).

There has been no objection to the R&R within the given fourteen days. After reviewing the record, the Court agrees with the R&R. The Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b). Accordingly, the Court **GRANTS** the government's motion for default judgment (Court File No. 24) and hereby **ENTERS JUDGMENT** in favor of the government against the Defendant Property, in the amount of $23,201.25. As no further matters remain in this case, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
s/ Debra C. Poplin
**CLERK OF COURT**